JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JESUS MAGANA, | Case No. CV 06-07897-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration, | |
| Defendant. | |

   IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: January 10, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge